1 | Vijay J. Patel
2 | Attorney at Law: 285585
  | Law Offices of Lawrence D. Rohlfing
  | 12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
  | Tel.: (562)868-5886
4 | Fax: (562)868-5491
  | E-mail: rohlfing.office@rohlfinglaw.com
5 |
  | Attorneys for Plaintiff
6 | German V. Serrato

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| GERMAN V. SERRATO, | Case No.: 5:13-cv-01823-JPR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

-1-

1  The above captioned matter is dismissed with prejudice, each party to bear
2  its own fees, costs, and expenses.
3  IT IS SO ORDERED.
4  DATE: July 30, 2014

_____
5  THE HONORABLE JEAN P. ROSENBLUTH
   UNITED STATES MAGISTRATE JUDGE

1  DATE: July 28, 2014				Respectfully submitted,

2						LAW OFFICES OF LAWRENCE D. ROHLFING

3						BY: /s/ *Vijay J. Patel*  
						_____  
4						Vijay J. Patel  
						Attorney for plaintiff German V. Serrato

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 5:13-CV-01823-JPR**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on July 28, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Vijay J. Patel*

_____
Vijay J. Patel
Attorneys for Plaintiff
_____